AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
FILED

FEB 29 2020

David J. Bradley, Clerk of Court

Southern District Of Texas Corpus Christi Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Rony Otoniel HIDALGO | Case Number: C-20-787M |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **February 26, 2020** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s)

Rony Otoniel HIDALGO being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo, Texas on February 26, 2020 which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On February 28, 2020 Border Patrol Agents encountered Rony Otoniel HIDALGO attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Border Patrol Agents determined Rony Otoniel HIDALGO to be a citizen and national of Honduras without any valid immigration documents to enter or remain in the United States legally. Rony Otoniel HIDALGO stated he entered the United States illegally by crossing the Rio Grande River on or about February 26, 2020 near Hidalgo, Texas. Rony Otoniel HIDALGO entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. The case was accepted by the Assistant United States Attorney's Office against Rony Otoniel HIDALGO for violating Title 8 USC 1325(a)(1), Illegal Entry into the United States.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*[signature]*

Signature of Complainant

Stone, David C.   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

February 29, 2020   at   Corpus Christi, Texas
Date                       City/State

Julie K. Hampton     U.S. Magistrate Judge     *[signature]*
Name of Judge        Title of Judge              Signature of Judge